

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00415-CV

**In re Douglas HEDRICK**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On August 20, 2020, relator filed a petition for a writ of mandamus and a motion for temporary relief. On August 21, 2020, relator filed a motion asking this court to copy the appellate record from appellate cause number 04-20-00107-CV to this appellate cause number. Relator's motion to copy the appellate record from 04-20-00107-CV to 04-20-00415-CV is GRANTED.

The court has considered relator's mandamus petition and motion for temporary relief and determined that relator is not entitled to the relief requested. Therefore, relator's mandamus petition and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on August 26, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26 day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1]This proceeding arises out of Cause No. 2016-CI-00267, styled *JBRF, LLC; Lonestar Handgun, LLC; and Joshua Felker v. Douglas Hedrick*, filed in the 166th Judicial District Court, Bexar County, Texas; however, the Honorable Mary Lou Alvarez, presiding judge of the 45th Judicial District Court, Bexar County, Texas, signed the order challenged in this proceeding.